# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PUGET SOUND CLEAN AIR AGENCY,<br><br>Plaintiff,<br><br>vs.<br><br>SAINT-GOBAIN CONTAINERS, INC.,<br><br>Defendant | NO. C07-0409 RSM<br><br>**ORDER ENTERING CONSENT DECREE** |

This matter having come before the Court as presented in the Stipulation For Entry of Consent Decree and the pleadings filed herein, the Court having reviewed the same and finding that the Consent Decree is fair, reasonable, and furthers public policies,

**IT IS SO ORDERED** that the Consent Decree signed by the parties and dated March 27, 2007 is approved and entered by this Court.

DATED this _4_ day of April 2007.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

**ORDER (No. C07-0409 RSM) - 1 of 2**
*S:\Martinez\puget07-409consent.decree.doc*

Presented by:

PUGET SOUND CLEAN AIR AGENCY

BY_____
    LAURIE S. HALVORSON WSB #17313
    Attorney for Plaintiff

SAINT-GOBAIN CONTAINERS, INC.

BY _____
    PATRICIA E. THOMPSON, WSB # 23277
    Attorney for Defendant

**ORDER (No. C07-0409 RSM) - 2 of 2**
*S:\Martinez\puget07-409consent.decree.doc*