UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUND CLEAN AIR AGENCY,<br><br>Plaintiff,<br><br>v.<br><br>ARDAGH GLASS INC. f/k/a SAINT-GOBAIN CONTAINERS, INC.,<br><br>Defendant. | C07-0409 TSZ<br><br>ORDER |

The parties' joint motion, docket no. 45, to terminate the Consent Decree, docket nos. 4-1 & 6, as modified, <u>see</u> Orders (docket nos. 16 & 21), is GRANTED. The facility located at 5801 East Marginal Way South in Seattle, a/k/a the Seattle Plant, which was the subject of the Consent Decree, having been shut down, and no further obligations being owed under the Consent Decree by plaintiff Puget Sound Clean Air Agency or defendant Ardagh Glass Inc. f/k/a Saint-Gobain Containers, Inc., the Consent Decree is hereby deemed TERMINATED in accordance with its own terms. <u>See</u> Consent Decree at § X(A) (docket no. 4-2).

As a result, the Consent Decree's requirement that the parties provide a Joint Status Report on an annual basis, <u>see id.</u> at § V(C), is no longer in effect, and the upcoming deadline for said Joint Status Report is hereby STRICKEN.

ORDER - 1

1  The Clerk is directed to send a copy of this Order to all counsel of record.

2  IT IS SO ORDERED.

3  Dated this 3rd day of January, 2025.

         Thomas S. Zilly
         United States District Judge

ORDER - 2